BOYDEN GRAY & ASSOCIATES PLLC
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

December 17, 2021

Deborah S. Hunt, Clerk of the Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

Re: *In re MCP No. 165, OSHA Covid Rule*, No. 21-7000; *Job Creators Network et al. v. OSHA*, No. 21-4093.

Dear Ms. Hunt:

In the above-captioned matter, I represent all Petitioners in 21-4093, including Job Creators Network.

I am writing to inform the Court and all counsel that Petitioners in 21-4093 have now filed with the U.S. Supreme Court an application for stay of this Court's order granting the government's motion to dissolve the Fifth Circuit's stay in this matter. *See* Sixth Circ. I.O.P. 35(g)–(h).

A copy of that filing is attached.

Respectfully,

/S/ R. TRENT MCCOTTER

BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
mccotter@boydengrayassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system, which will serve all counsel of record.

<u>/s/ R. Trent McCotter</u>
R. Trent McCotter